# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JEWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM MONCRIEF FRANCIS III, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01460 DAD JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND TO PROSECUTE THIS ACTION; ORDER CONTINUING SCHEDULING CONFERENCE |

On October 23, 2018, the plaintiff initiated this action for violations of the Americans with Disabilities Act and other state law violations. (Doc. 1) The same day, the Court issued the summons (Doc. 2) and its order setting the mandatory scheduling conference to occur on January 17, 2019. (Doc. 3) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) Despite this, the plaintiff has not filed a proof of service of the summons and complaint as to William Moncrieff Francis III[1] and no defendant has appeared in the action. Therefore, the Court

---

[1] The Court makes no comment as to the propriety of the service on the corporation.

1

**ORDERS**,

1. **No later than January 18, 2019**, the plaintiff **SHALL** show cause why sanctions should not be imposed for the failure to serve the summons and complaint and file proof of service. Alternatively, the plaintiffs may file proofs of service;

2. Due the failure of the defendant to appear and the lack of proof of service which would prevent entry of default, the scheduling conference is **CONTINUED** to **February 25, 2019** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **January 10, 2019**         /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE