UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JEWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM MONCRIEF FRANCIS III, et al.,<br><br>　　　　Defendants. | ) Case No.: 1:18-CV-01460-DAD-JLT<br>)<br>) **ORDER AFTER NOTICE OF SETTLEMENT**<br>) **(Doc. 29)**<br>)<br>)<br>)<br>)<br>)<br>) |

The plaintiff reports she has settled the matter with all parties and indicates she will seek dismissal of the action soon. (Doc. 29) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than July 17, 2020**</u>;
2. All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

　Dated:　**May 21, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE