UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JEWELL, | ) Case No.: 1:18-CV-01460-DAD-JLT |
| Plaintiff, | ) **ORDER CLOSING CASE** |
| v. | ) **(Doc. 32)** |
| WILLIAM MONCRIEF FRANCIS III, et al., | ) |
| Defendants. | ) |

The parties have stipulated to the action being dismissed with prejudice.  (Doc. 32) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **July 8, 2020**            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE